KOJO HOWARD MOORE, SBN 236483
Moore & Moore
P. O. Box 1645
Fresno, California, 93717
Telephone:    (559) 273-5847
Facsimile:     (559) 441-0114
Email: Kojomooreesq@gmail.com

HOWARD MOORE, JR., SBN 55228
MOORE & MOORE
1563 Solano Avenue, # 204
Berkeley, California 94707-2116
Telephone:    (510) 542-7172
Facsimile:     (510) 528-3024
Email: moorlaw@aol.com

Attorneys for Plaintiff, JOSHUA HENRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HENRY, | Civil Action No. |
| Plaintiff, | |
| vs. | COMPLAINT FOR DAMAGES [Illegal Arrest; Excessive or Unreasonable Seizure; Violation of 1st & 14th Amendment; Negligence; Intentional Infliction of & Emotional Distress] |
| CITY OF VALLEJO, CALIFORNIA, a municipal corporation; AND FOUR UNKNOWN MEMBERS OF THE POLICE DEPARTMENT OF THE CITY OF VALLEJO, CALIFORNIA, | |
| Defendants. | Jury Trial Demanded |

**I.     JURISDICTION AND VENUE**

1.     The jurisdiction of the Court over this civil action is invoked pursuant to 28 United States Code §§1331 and 1343 and 42 United States Code §1983 to remedy violations of rights protected by the First and Fourth Amendments of the Constitution of the United States as made applicable to the State of California by the due process and equal protection of the law

1  clauses of the Fourteenth Amendment of the Constitution of the United States and denial of due

2  process of law in violation of the Fourteenth Amendment of the United States Constitution.

3      3.    Pursuant to the provisions of 28 United States Code §1367(a), this Court has

4  supplemental jurisdiction over claims which arise under state law. Such claims are so related to

5  claims in this action within this Court's original jurisdiction that form part of the same case or

6  controversy under Article III of the United States Constitution.

7      3.    Venue is properly laid within this judicial district. The acts or omissions to act

8  alleged herein occurred within the territorial boundaries of this judicial district in the City of

9  Vallejo, Solano County, California.

10  **II.    PARTIES**

11      4.    Plaintiff named herein is: JOSHUA HENRY ("Plaintiff" or "Mr. Henry") an adult

12  African American, male citizen of the United States, who resides in Solano County, California.

13      5.    Defendants named herein are:

14      (a)    THE CITY OF VALLEJO, CALIFORNIA ("Defendant" or "Vallejo"), a

15  municipal corporation; and,

16      (b)    FOUR UNKNOWN MEMBERS OF THE POLICE DEPARTMENT OF

17  VALLEJO, CALIFORNIA, referred to herein as No. 1, No. 2, No. 3, and No. 4, and collectively

18  with Defendant City of Vallejo, California as "Defendants." Defendants No. 1, No. 2, No. 3,

19  and No. 4 in doing or failing to do the acts herein alleged wore no identifying information other

20  than black jackets with the word "POLICE" emblazoned thereon, and these Defendants refused

21  and failed to otherwise identify themselves. These Defendants in doing or failing to do the acts

22  herein alleged were the agent, employee or representative of each other and the City of Vallejo,

23  California, and in doing the things alleged herein, were acting in the course and scope of such

24  agency and employment. It is further alleged that in doing the acts or omissions complained of

25  herein, that Defendants, FOUR UNKNOWN MEMBERS OF THE POLICE DEPARTMENT OF

26  THE CITY OF VALLEJO, CALIFORNIA, and Defendant, the City of Vallejo, California, and

27

28

each of them, acted or omitted to act in concert as the agents of and/or on behalf of each other. When the true identity of the Four Unknown Members of the Police Department of the City of Vallejo is ascertained, Plaintiff will seek leave to amend his complaint to alleged their true name and capacity.

### III. FACTUAL ALLEGATIONS

6. On or around February 14, 2009, at Nations Hamburger, located on Tennessee and Sonoma Streets in Vallejo, California. Mr. Henry was approached by the Four Unnamed Police Officers in a police vehicle as he exited Nations.

7. The Four Unnamed Police Officers were deployed as an undercover and/or special unit of the Vallejo Police Department. They were dressed entirely in black. The Four Unnamed Police Officers began to question Mr. Henry. They did not have reasonable suspicion to detain him or probable cause to arrest him. Mr. Henry asked the Four Named Police Officers why they were questioning him. Defendant No. 1 grabbed Mr. Henry and violently slammed him to the concrete.

8. During the stop, detention, and arrest of Mr. Henry, the Four Unnamed Police Officers used racial epithets to and about him. During the incident, the Four Unnamed Police Officers were laughing and patting each other on the back. During the stop, detention, and arrest, Mr. Henry did not resist Defendants. Mr. Henry verbally complained to the Four Unnamed Police Officers about his detention, arrest, and the excessive and unreasonable force they used against him.

9. From being violently slammed into the concrete, Mr. Henry sustained serious physical and emotional injuries. The severity of Mr. Henry's injuries required him to be to seek treatment at nearby Kaiser Hospital for his injuries. The Four Unnamed Police Officers came to Mr. Henry's bed side at the hospital and took numerous photographs of him. Defendants have failed and refused to provide copies of the photographs to Mr. Henry, and Defendants failed and refused to allow him access to the incident or police report or provide a copy to him.

1  10. In doing or omitting to do the things alleged herein, Defendants and each of them, acted under color of state law, custom or practice, and in a racially discriminatory manner toward Mr. Henry.

11. In doing or omitting to do the things alleged herein, the Four Unnamed Police Officers, as the police officers on the scene, had final, decision making authority on behalf of Defendant City of Vallejo, California, with regard to such matters.  On information and belief and Mr. Henry thereon alleges that the acts or omissions of the Four Unnamed and Unidentified Police Officers alleged herein were done or taken pursuant to a policy or practice of Defendant City of Vallejo to allow members of its police department to engage in covert operations without appropriate identification and stop, detain, and arrest citizens such as Mr. Henry without reasonable suspicion or probable cause and use excessive force in the discharge of their duties. On information and belief and Plaintiff thereon alleges that the above policy or practice has a disproportionate impact upon African Americans such as Mr. Henry; in that, African Americans are more frequently the deprived of their Constitutional right to be free of unreasonable seizures and detentions.

### IV.   DAMAGES

12. As a proximate result of Defendants' actions as alleged herein, Mr. Henry was humiliated, hurt and injured in his health, strength and activity, and suffered and continues to suffer loss of reputation, goodwill and standing in the community, shame and embarrassment, inconvenience, hurt feelings, mental anguish and suffering, anxiety, depression, loss of enjoyment of life, and a general loss of self-esteem and well being.  The value of such non-economic damages and losses will be established in accordance with proof at trial.

13.  As a further proximate result of the acts or omissions of Defendants, Mr. Daniels has also suffered significant loss of income and out-of- pocket expenses for attorney's fees in an amount to be proven at trial.

14. Defendants', Four Unnamed Police Officers,  acts were willful, wanton, malicious

and oppressive. These Defendants knew or should have known that their conduct was unreasonable and illegal. Furthermore, Defendants' acts and conduct were carried out in willful and conscious disregard of Mr. Henry's constitutional rights, which entitles him to an award of punitive damages in an amount appropriate to punish or make an example of these Four Unnamed Police Officers and to deter others from engaging in such acts and conduct in the future.

### V.     EXHAUSTION OF ADMINISTRATIVE REMEDIES

15.     On June February 26, 2010, Mr. Henry served notice on Defendants pursuant to California Government Code §§910 and 910.2 of his state law tort claims.

16.     Thereafter, but less than 180 day prior to the commencement of this action, Defendant City of Vallejo notified Plaintiff in writing of the denial of his claim.

### VI.    CLAIMS FOR RELIEF

**A.     FIRST CLAIM FOR RELIEF - Violation of 4th and 14th Amendment Rights**

17.     Plaintiff incorporates as though fully set forth and alleged in this First Claim for Relief paragraphs 1 through 16, above.

18.     Defendants' treatment of Mr. Henry as herein alleged was under color of state law and violated his Constitutional rights protected by the Fourth Amendment of the United States Constitution to be free of unreasonable searches and seizures made applicable to the State by the due process of law clause of the Fourteenth Amendment of the United States Constitution.

WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as set forth below.

**B.     SECOND CLAIM FOR RELIEF - Violation of 4th & 14th Amendments Excessive Force**

19.     Plaintiff incorporates as though fully set forth and alleged in this Second Claim for Relief paragraphs 1 through 16, above.

20.     In doing or omitting to do the things alleged herein, Defendants used excessive

1 and unreasonable force to stop, detain, and arrest Mr. Henry in violation of the Fourth and
2 Fourteenth Amendments of the United States Constitution.
3    WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as
4 set forth below.

5    **C.    THIRD CLAIM FOR RELIEF - Violation of the 1st & 14th Amendments**

6    21.   Plaintiff incorporates as though fully set forth and alleged in this Third Claim for
7 Relief paragraphs 1 through 16, above.

8    22.   In doing or omitting to do the things alleged herein, Defendants acted intentionally
9 to carry out and implement a policy or practice which discriminated against Plaintiff on the
10 grounds of his race or color to move freely on the public ways of the City of Vallejo in violation
11 of his rights under the First and Fourth Amendments of the United States Constitution and the
12 equal protection of law clause of the Fourteenth Amendment of the United States, including but
13 not limited to Plaintiff's right to complain directly to police officer about the manner in which
14 they treated him.

15    WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as
16 set forth below.

17    **D.    FOURTH CLAIM FOR RELIEF - ASSAULT AND BATTERY**

18    23.   Plaintiff incorporates as though fully set forth and alleged in this Fourth Claim for
19 Relief paragraphs 1 through 16, above.

20    24.   Defendants intentionally seized Plaintiff without his consent and slammed him to
21 the concrete which caused him to sustain severe physical and emotional injuries. Defendants'
22 conduct was not privileged as Defendants did not have reasonable suspicion to detain Plaintiff or
23 probable cause to arrest him; nor reasonable cause to use physical force to restrain and detain
24 Plaintiff.

25    WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as
26 set forth below.

27
28

**E.     FIFTH CLAIM FOR RELIEF - NEGLIGENCE**

25.    Plaintiff incorporates as though fully set forth and alleged in this Fifth Claim for Relief paragraphs 1 through 16, above.

26.    In doing or omitting to do the things alleged herein, Defendants failed to exercise due care to avoid injury and harm to Plaintiff, which caused him to suffer severe physical and emotional injuries.  Defendants, jointly and severally, violated the standard of care to detain him only upon existence of reasonable suspicion, to arrest him only upon existence of probable cause, and to refrain from use of excessive and unreasonable force against Plaintiff in the discharge of their duties as law enforcement officers.

WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as set forth below.

**E.     SIXTH CLAIM FOR RELIEF - INTENTIONAL EMOTIONAL DISTRESS**

27.    Plaintiff incorporates as though fully set forth and alleged in this Sixth Claim for Relief paragraphs 1 through 16, above.

28.    In doing or omitting to do the things alleged herein, Defendants intentionally subjected Plaintiff to severe emotionally distress, injury, and harm, which required Plaintiff to be treated by a licensed California psychologist.  In detaining, arresting, and using excessive force on Plaintiff, Defendants subjected Plaintiff to conduct to which no person in a civilized society should be subjected.

WHEREFORE, Plaintiff prays for judgment against Defendants, jointly and severally, as set forth below.

**VII.    PRAYERS FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays:

A.     For an award of compensatory and special damages against Defendants, jointly and severally,  according to proof at trial;

B.     For an award of punitive damages against Defendants, Four Unnamed Police

Officers of the City of Vallejo, California, according to proof at trial;

   C.   For an award of declaratory relief pursuant to 28 United States Code §2201 and prospective equitable relief;

   D.   For an award of reasonable attorney's fees, including litigation expenses, and costs pursuant to 42 United States Code §1988;

   E.   For an award of prejudgment interest;

   F.   For an order directed to Defendant City of Vallejo, California, to release the name and identity of the Four Unnamed Police Officers of the City of Vallejo, California, who stopped, detained, arrested, and used excessive force against Plaintiff on February 14, 2009; and

   G.   For such other and additional relief as the Court deems appropriate, including an order directed to Defendants to release to Plaintiff copies of all photographs taken of him at his beside at Kaiser Hospital Vallejo on or about February 14, 2009, and to release to Plaintiff a copy of the incident or police report.

Date: August 24, 2010                    s/Howard Moore, Jr.
                                         _____
                                         HOWARD MOORE, JR.
                                         Attorney for Plaintiff

## JURY DEMAND

Pursuant to Rule 38(b) Fed. R. Civ. P., Plaintiff demands trial by jury on all claims for which a jury is permitted.

Dated: August 24, 2010                   s/Howard Moore, Jr.
                                         _____
                                         HOWARD MOORE, JR.
                                         Attorney for Plaintiff

---

Complaint for Damages
Joshua Henry v. City of Vallejo, California, et al   Civil Action No.

8