Frederick G. Soley, SBN 100270
City Attorney
**By:  Alan M. Cohen, SBN 177662**
Deputy City Attorney
CITY OF VALLEJO
555 Santa Clara Street, Third Floor
Vallejo, CA  94590
Telephone:  (707) 648-4545
Facsimile:   (707) 648-4687
Email: acohen@ci.vallejo.ca.us

Attorney for Defendant
City of Vallejo

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HENRY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VALLEJO, CALIFORNIA, a Municipal Corporation; AND FOUR UNKNOWN MEMBERS OF THE POLICE DEPARTMENT OF THE CITY OF VALLEJO, CALIFORNIA,<br><br>　　　　　　Defendants. | **Case No:   2:10-CV-02279-LKK-DAD**<br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR DESIGNATION OF EXPERTS THIRTY [30] DAYS.** |

　　　　The First Amended Complaint in the above-entitled action was filed on April 28, 2011.  On April 27, 2011, the Court issued its Status (Pretrial Scheduling) Order, setting the date for designation expert witnesses on October 11, 2011, with all discovery due by November 25, 2011.  The trial date for this matter is set for July 17, 2012.

　　　　The parties are close to a resolving this matter and wish to defer the designation of experts by thirty [30] days in order to defer the costs of expert retention and expert depositions.  The parties

respectfully suggest that this thirty [30] days continuance will promote judicial efficiency and economy and will not impact the trial date in this matter.

### STIPULATION TO EXTEND EXPERT DISCLOSURE DATE

IT IS HEREBY STIPULATED pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, by and between Kojo Howard Moore as counsel for Plaintiff; and Alan M. Cohen counsel for Defendants that the date for designation of experts be extended disclosure be extended for thirty [30] days to November 11, 2011.

IT IS SO STIPULATED.

DATED:  October 13, 2011         Respectfully submitted,

**Alan M. Cohen**
_____
Alan M. Cohen
Deputy City Attorney
Attorney for Defendant CITY OF VALLEJO

DATED:   October 13, 2011        Respectfully submitted,

**Kojo Howard Moore**
_____
Kojo Howard Moore,
Moore & Moore
Attorneys for Plaintiff Joshua Henry

It is So Ordered

DATED:   October 13, 2011

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT