1 | KOJO HOWARD MOORE, SBN 236483
Moore & Moore
P. O. Box 1645
Fresno, California, 93717
Telephone:   (559) 273-5847
Facsimile:   (559) 441-0114
Email:       Kojomooreesq@gmail.com

HOWARD MOORE, JR., SBN 55228
Moore & Moore
1563 Solano Avenue, # 204
Berkeley, California 94707-2116
Telephone:   (510) 542-7172
Facsimile:   (510) 528-3024
Email:       moorlaw@aol.com

Attorneys for Plaintiff, JOSHUA WHITE

FREDERICK G. SOLEY, SBN 100270
City Attorney, City of Vallejo, California
Alan M. Cohen, SBN 177662
Deputy City Attorney, City of Vallejo, California
555 Santa Clara Street, Third Floor
Vallejo, California, 94590
Telephone:   (707) 648-4545
Facsimile:   (707) 648-4687
Email:       acohen@ci.vallejo.ca.us

Attorney for Defendants, CITY OF VALLEJO & JASON POTTS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA HENRY, | Civil Action No. 2:10-cv-02279-LKK-DAD |
| Plaintiff, | |
| vs. | JOINT STIPULATION TO DISMISS CIVIL ACTION & ORDER |
| CITY OF VALLEJO, CALIFORNIA, a municipal corporation, et al, | |
| Defendants. | |

1  Whereas, the above-entitled civil action has been resolved to the mutual satisfaction of
2  the parties, the parties, through and by their undersigned counsel of record, hereby agree and
3  stipulate that:
4     1.   this civil action be dismissed with prejudice against all parties;
5     2.   each party bear its own costs and attorney's fees; and
6     3.   an order of the Court be entered to dismiss this civil action in accordance with the
7  terms of this Joint Stipulation.

                 MOORE & MOORE
                 Attorneys for Plaintiff, JOSHUA HENRY

Dated: October 20, 2011

By: */s/Howard Moore, Jr.*
    HOWARD MOORE, JR.

FREDERICK G. SOLEY, CITY ATTORNEY
Attorney for Defendants, CITY OF VALLEJO,
CALIFORNIA & JASON POTTS

By: */s/ Alan M. Cohen*
    ALAN M. COHEN, Deputy City Attorney

ORDER

PURSUANT TO STIPULATION: IT IS SO ORDERED.

Dated: December 12, 2011.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

Joint Stipulation to Dismiss & (Proposed) Order
Joshua Henry v. City of Vallejo, et al   Civil Action No. 2:10-cv-02279-LKK-DAD

2