1  KOJO HOWARD MOORE, SBN 236483
   Moore & Moore
2  P. O. Box 1645
   Fresno, California, 93717
3  Telephone:     (559) 273-5847
   Facsimile:     (559) 441-0114
4  Email:         Kojomooreesq@gmail.com

5  HOWARD MOORE, JR., SBN 55228
   Moore & Moore
6  1563 Solano Avenue, # 204
   Berkeley, California 94707-2116
7  Telephone:     (510) 542-7172
   Facsimile:     (510) 528-3024
8  Email:         moorlaw@aol.com

9  Attorneys for Plaintiff, JOSHUA WHITE

10 FREDERICK G. SOLEY, SBN 100270
   City Attorney, City of Vallejo, California
11 Alan M. Cohen, SBN 177662
   Deputy City Attorney, City of Vallejo, California
12 555 Santa Clara Street, Third Floor
   Vallejo, California, 94590
13 Telephone:     (707) 648-4545
   Facsimile:     (707) 648-4687
14 Email:         acohen@ci.vallejo.ca.us

15
   Attorney for Defendants, CITY OF VALLEJO & JASON POTTS
16

17                    UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

19

| JOSHUA HENRY, | ) | Civil Action No. 2:10-cv-02279-LKK-DAD |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | JOINT STIPULATION TO DISMISS |
| | ) | CIVIL ACTION & ORDER |
| CITY OF VALLEJO, CALIFORNIA, a municipal corporation, et al, | ) ) | |
| Defendants. | ) ) | |

---

Joint Stipulation to Dismiss & (Proposed) Order
Joshua Henry v. City of Vallejo, et al    Civil Action No. 2:10-cv-02279-LKK-DAD

Whereas, the above-entitled civil action has been resolved to the mutual satisfaction of the parties, the parties, through and by their undersigned counsel of record, hereby agree and stipulate that:

1. this civil action be dismissed with prejudice against all parties;
2. each party bear its own costs and attorney's fees; and
3. an order of the Court be entered to dismiss this civil action in accordance with the terms of this Joint Stipulation.

MOORE & MOORE
Attorneys for Plaintiff, JOSHUA HENRY

Dated: October 20, 2011

By: */s/Howard Moore, Jr.*
HOWARD MOORE, JR.

FREDERICK G. SOLEY, CITY ATTORNEY
Attorney for Defendants, CITY OF VALLEJO, CALIFORNIA & JASON POTTS

By: */s/ Alan M. Cohen*
ALAN M. COHEN, Deputy City Attorney

ORDER

PURSUANT TO STIPULATION: IT IS SO ORDERED.

Dated: December 12, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT